IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-CR-00318 DAD |
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION FOR A STAY OF RELEASE ORDER FOR RE-OPENING OF DETENTION HEARING |
| v. | |
| RUDOLFO DELGADILLO, | |
| Defendants. | |

IT IS HEREBY ORDERED that the Release Order dated December 21, 2015, releasing the defendant is hereby stayed until the conclusion of the re-opening of the detention hearing pursuant to 18 U.S.C. § 3142(f).  It is further ordered that the hearing on the matter shall be held on December 23, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **December 22, 2015**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE