IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>RUDOLFO DELGADILLO,<br>                Defendant. | CASE NO.  1:15-CR-00318 DAD BAM<br><br>AMENDED ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

     As set forth in the "Petition for Order Allowing Defendant's Appearance on State of California Writ for Habeas Corpus and Prosequendum" filed on August 8, 2016 (Doc.74), the Honorable Joseph Kalashian a Superior Court Judge for the State of California, County of Tulare, has requested that the body of the above-named defendant be produced in Tulare County Superior Court for further proceedings in the case of *People v. Rodolfo Delgadillo*, VCF290251 may proceed.  The defendant's appearance before the state court judge is necessary on August 16, 2016 at 1:30 p.m. for a trial setting conference.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail. His next appearance before the United States District Court is scheduled for October 11, 2016 at 2:00 p.m. (*See* Doc. 74).  It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case will be on October 11, 2016:

     IT IS HEREBY ORDERED that deputies of the Tulare County Sheriff's Office may produce the defendant in Tulare County Superior court on August 16, 2016 for purposes of his presence at the trial setting conference, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on August 16, 2016.  The Court further orders that the Tulare County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Tulare County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court

1  appearance conflicts with any federal court appearance.  Under no circumstances is the defendant to be
2  released from the physical custody of the Fresno County Jail other than for the court appearances that are the
3  subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

6  IT IS SO ORDERED.

7  Dated:   **August 10, 2016**                           /s/ *Sheila K. Oberto*
8                                                              UNITED STATES MAGISTRATE JUDGE