PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00318-DAD-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| RUDOLFO DELGADILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marc Days, attorney for the defendant, that the sentencing set for July 31, 2017 at 10:00 am before the Honorable Dale A. Drozd be continued to August 7, 2017 at 10:00 a.m.  Undersigned counsel is scheduled to attend training for the entire day on July 31, 2017.  The government contacted defense, and defense does not object to the continuance.

Dated: July 27, 2017                                                  Respectfully submitted,

                                                          PHILLIP A. TALBERT
                                                          United States Attorney

                                           By       /s/ Kimberly A. Sanchez
                                                          KIMBERLY A. SANCHEZ
                                                          Assistant U.S. Attorney

Dated: July 27, 2017                               /s/ Marc Days
                                                   MARC DAYS
                                                   Attorney for Defendant

### **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for July 31, 2017, is continued until August 7, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **July 27, 2017**                          _____
                                                   UNITED STATES DISTRICT JUDGE