1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  1:15-CR-00318-ADA-BAM

12               Plaintiff,                  ORDER APPOINTING DEFENDANT
                                             COUNSEL
13          v.

14    RUDOLFO DELGADILLO,

15               Defendant.

16

17          On September 19, 2022, Defendant Rudolfo Delgadillo ("Defendant") filed a *pro se*

18    motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A).

19    (ECF No. 123.)

20          Defendant has, under oath, sworn or affirmed as to his financial inability to employ

21    counsel and wishes the appointment of counsel to represent him in the instant motion for

22    compassionate release.  Therefore, in the interests of justice and pursuant to the Sixth

23    Amendment of the United States Constitution and 18 U.S.C. § 3006A, the Court orders Fay Arfa

24    to represent Defendant effective *nunc pro tunc* to December 19, 2022, substituting the Federal

25    Defenders Office appointed per G.O. 595.  This appointment shall remain in effect until further

26    order of this Court.

27    ///

28    ///

1

Accordingly,

1. Fay Arfa is appointed as Defendant Rudolfo Delgadillo's counsel for the motion for compassionate release, (ECF No. 123).

IT IS SO ORDERED.

Dated:    December 19, 2022

_____
UNITED STATES DISTRICT JUDGE

2