UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDOLPHO DELGADILLO,<br><br>Defendant. | No. 1:15-cr-00318-NODJ BAM<br><br>ORDER DIRECTING APPOINTED COUNSEL TO RESPOND TO THE COURT'S ORDER OF DECEMBER 13, 2022<br><br>(Doc. No. 125, 126) |

On September 19, 2022, defendant Rudolpho Delgadillo filed a pro se motion for compassionate release. (Doc. No. 123.) On December 13, 2022, the previously assigned district judge issued an order referring the matter to the Federal Defender's Office and directing that office to file a supplement to defendant's pro se motion or a notice that it did not intend to do so within sixty (60) days of the date of that order. (Doc. No. 125.) One week later, on December 20, 2022, and presumably at the request of the Federal Defender's Office, the previously assigned district judge issued another order finding that defendant Delgadillo qualified for the appointment of counsel and appointing attorney Fay Arfa as his counsel of record in place of the Federal Defender's Office. (Doc. No. 126.)

The court's December 13, 2022 order requiring counsel to either supplement defendant's pro se motion or file a notice indicating that counsel did not intend to supplement that motion was never withdrawn or modified. Nonetheless, that 60 day period has long since passed and no

supplement or notice that a supplement will not be filed has been received by the court. Rather, the only filing submitted in this case by attorney Arfa was a notice of change of address filed on September 19, 2023. (Doc. No. 130.)

Accordingly, within 30 days of the date of this order, appointed counsel Arfa shall respond to the court's December 13, 2022 order. Thereafter, absent further order of the court, the government shall have 30 days from the date of attorney Arfa's filing on behalf of defendant Delgadillo to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government. Out of an abundance of caution and in an attempt to avoid any unnecessary further delay, the Clerk of Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the CM/ECF's Notice of Electronic Filing of this order since they received the court's December 13, 2022 order.

IT IS SO ORDERED.

Dated:   **January 18, 2024**

UNITED STATES DISTRICT JUDGE