IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff/Respondent,**<br><br>v.<br><br>**RUDOLFO DELGADILLO,**<br><br>　　　　　　　　**Defendant/Petitioner.** | CASE NO.:  15-cr-0318 DAD BAM<br><br>**ORDER GRANTING A 30-DAY ENLARGEMENT OF TIME TO FILE A REPLY TO OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE (COMPASSIONATE RELEASE – 18 U.S.C. § 3582(c)(1)(A)(i))** |

　　GOOD CAUSE APPEARING, it is ordered that Rudolfo Delgadillo's request for an extension of time to file his reply to October 15, 2024 is GRANTED.

　　IT IS SO ORDERED.

Dated:  **September 16, 2024**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE