IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               **Plaintiff/Respondent,**<br><br>v.<br><br>**RUDOLFO DELGADILLO,**<br><br>               **Defendant/Petitioner.** | CASE NO.: 15-cr-0318 DAD BAM<br><br>**ORDER GRANTING A 60-DAY ENLARGEMENT OF TIME TO FILE A REPLY TO OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE (COMPASSIONATE RELEASE – 18 U.S.C. § 3582(c)(1)(A)(i))** |

GOOD CAUSE APPEARING, it is ordered that Rudolfo Delgadillo's request for an extension of time to file his reply to December 16, 2024, is GRANTED.

IT IS SO ORDERED.

Dated: **October 15, 2024**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE