IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     **Plaintiff/Respondent,**<br><br> v.<br><br>**RUDOLFO DELGADILLO,**<br><br>     **Defendant/Petitioner.** | CASE NO.: 1:15-cr-00318-DAD-BAM<br><br>**ORDER GRANTING A 60-DAY ENLARGEMENT OF TIME TO FILE A REPLY TO OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE (COMPASSIONATE RELEASE – 18 U.S.C. § 3582(c)(1)(A)(i))** |

  GOOD CAUSE APPEARING, it is ordered that Rudolfo Delgadillo's request for an extension of time to file his reply to February 14, 2025 is GRANTED.

  IT IS SO ORDERED.

Dated: __**December 18, 2024**__       _/s/ Dale A. Drozd_
                    DALE A. DROZD
                    UNITED STATES DISTRICT JUDGE